# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136217(27)

MARK ANDERSON,

       Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

       Defendant-Appellee.

_____

SC: 136217
CoA: 281128

     On order of the Chief Justice, the motion for reconsideration of the order of June 20, 2008 is considered and it is DENIED because it does not appear the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2008

_____
Clerk